**IN THE UNITED STATES DISTRICT COURT**
**OF THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED·ED4

02 APR -5 PM 3: 01

CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| SHAWN BROSSEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| TRUMP CASINO CORPORATION and | ) | TRIAL BY JURY DEMANDED |
| HORNBOWER MARINE SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

02C 2474

DOCKETED
APR - 8 2002

JUDGE GOTTSCHALL

MAGISTRATE JUDGE MASON

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, SHAWN BROSSEAU, by and through his attorneys, RICHARD A. HAYDU and HOEY, FARINA & DOWNES, and for his Complaint against the Defendants, TRUMP CASINO CORPORATION and HORNBLOWER MARINE SERVICES, INC., states as follows:

**COUNT I**
**JONES ACT V. HORNBLOWER MARINE**

1.    That jurisdiction of this Court is based on 28 U.S.C. §1331 and 28 U.S.C. §1333.

2.    That this action arises under and the rights and liabilities of the parties to this cause are governed by the Merchant Marine Act, commonly known as the Jones Act, 46 U.S.C. §688.

3.    That on February 10, 2000, and at all times material hereto, Defendant, HORNBLOWER MARINE SERVICES, INC., operated, maintained, controlled and provisioned a vessel, in operation on navigable waters of the United States in the State of Illinois, known as the TRUMP CASINO.

1-1

4.      That on February 10, 2000, and at all times material hereto, Plaintiff, SHAWN BROSSEAU, was employed as a seaman and member of the crew by Defendant, HORNBLOWER MARINE SERVICES, INC., working aboard said vessel in navigation.

5.      That on February 10, 2000, and at all times material hereto, the aforementioned vessel was located on Lake Michigan.

6.      That on February 10, 2000, and at all times material hereto, Plaintiff, SHAWN BROSSEAU, sustained severe injuries to his body when he was caused to lift a heavy and cumbersome railing in the performance of his duties aboard the vessel known as the TRUMP CASINO.

7.      That the said accident and resulting injury and disability was due to the negligence, carelessness, want of due care, and recklessness, of Defendant, HORNBLOWER MARINE SERVICES, INC., its agents and employees, in its operation of said vessel and adjoining structures and its unsafe condition and/or unseaworthiness by virtue of the following:

(a)     Requiring Plaintiff to lift a heavy and cumbersome railing when mechanical alternatives were or should have been available;

(b)     Allowing such a structure to exist unnecessarily;

(c)     Allowing such a structure to exist when other alternatives to it were available;

(d)     Failing to properly supervise the work being done;

(e)     Failing to properly adopt safe methods for doing such work;

(f)     Failing to instruct its employees on the safe method for doing such work;

(g)     Failing to properly coordinate the lifting being done;

(h)     Failing to provide a safe place to work; and

2

(i)     Failing to provide sufficient and proper equipment.

8.     That as a consequence, Plaintiff, SHAWN BROSSEAU, incurred injuries which have caused and will continue to cause him great pain, suffering, inconvenience, anguish and disability; as a further result, Plaintiff, has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and related expenses in the future.

9.     Plaintiff demands trial by jury.

WHEREFORE, Plaintiff, SHAWN BROSSEAU, demands judgment in his favor and against Defendant, TRUMP CASINO CORPORATION, in a sum of $4,000,000.00, plus the costs of this suit.

## COUNT II
## JONES ACT V. TRUMP CASINO CORPORATION

1.     That jurisdiction of this Court is based on 28 U.S.C. §1331 and 28 U.S.C. §1333.

2.     That this action arises under and the rights and liabilities of the parties to this cause are governed by the Merchant Marine Act, commonly known as the Jones Act, 46 U.S.C. §688.

3.     That on February 10, 2000, and at all times material hereto, Defendant, TRUMP CASINO CORPORATION, owned, operated, maintained, controlled and provisioned a vessel, in operation on navigable waters of the United States in the State of Illinois, known as the TRUMP CASINO.

3

4.     That on February 10, 2000, and at all times material hereto, Plaintiff, SHAWN BROSSEAU, was working aboard the vessel TRUMP CASINO as an employee of Defendant, TRUMP CASINO CORPORATION.

5.     That at said time and place, Plaintiff was either a borrowed servant or dual servant of HORNBLOWER MARINE SERVICES, INC. and TRUMP CASINO CORPORATION by virtue of the relation between HORNBLOWER MARINE SERVICES, INC. and TRUMP CASINO CORPORATION and the right of TRUMP to exert control over the crew affecting their working terms and conditions.

6.     That on February 10, 2000, and at all times material hereto, the aforementioned vessel was located on Lake Michigan.

7.     That on February 10, 2000, and at all times material hereto, Plaintiff, SHAWN BROSSEAU, sustained severe injuries to his body when he was caused to lift a heavy and cumbersome railing in the performance of his duties aboard the vessel known as the TRUMP CASINO.

8.     That the said accident and resulting injury and disability was due to the negligence, carelessness, want of due care, and recklessness, of Defendant, TRUMP CASINO CORPORATION, its agents and employees, in its operation of said vessel and adjoining structures and its unsafe condition and/or unseaworthiness by virtue of the following:

    (a)     Requiring Plaintiff to lift a heavy and cumbersome railing when mechanical alternatives were or should have been available;

    (b)     Allowing such a structure to exist unnecessarily;

    (c)     Allowing such a structure to exist when other alternatives to it were available;

4

(d)     Failing to properly supervise the work being done;

(e)     Failing to properly adopt safe methods for doing such work;

(f)     Failing to instruct its employees on the safe method for doing such work;

(g)     Failing to properly coordinate the lifting being done;

(h)     Failing to provide a safe place to work; and

(i)     Failing to provide sufficient and proper equipment.

9.     That as a consequence, Plaintiff, SHAWN BROSSEAU, incurred injuries which have caused and will continue to cause him great pain, suffering, inconvenience, anguish and disability; as a further result, Plaintiff, has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and related expenses in the future.

10.     Plaintiff demands trial by jury.

WHEREFORE, Plaintiff, SHAWN BROSSEAU, demands judgment in his favor and against Defendant, TRUMP CASINO CORPORATION, in a sum of $4,000,000.00, plus the costs of this suit.

## COUNT III
## GENERAL MARITIME LAW V. HORNBLOWER MARINE SERVICES

1-7.     Plaintiff repeats and realleges paragraphs 1 through 6 of Count I as paragraphs 1 through 6 of Count III as if fully set forth herein.

5

8.      That pursuant to the general maritime law, Defendant HORNBLOWER MARINE SERVICES, INC., as operator, maintainer, provisioner and/or owner pro hac vice of the aforementioned vessel owed Plaintiff, SHAWN BROSSEAU, a warranty of seaworthiness and had a duty to provide Plaintiff with a seaworthy vessel, a safe place with which to work, with safe gear appurtenances, and equipment and with a competent crew.

9.      Disregarding this duty in the premises, Defendant, by its agents, servants, workmen and employees, caused or allowed the vessel known as the TRUMP CASINO to exist in an unsafe and unseaworthy condition in the manner in which its IBC devices were cordoned off and the resulting requirement of the crew to frequently remove the railing by hand.

10.     The failure of Defendant, HORNBLOWER MARINE SERVICES, INC., to provide Plaintiff with a seaworthy vessel in a safe condition and to provide Plaintiff with a safe place to work was a cause of Plaintiff's injury and resulting disability.

WHEREFORE, Plaintiff, SHAWN BROSSEAU, demands judgment in his favor and against Defendant, HORNBLOWER MARINE SERVICES, INC. in the sum of $4,000,000.00, plus the costs of this suit.

## COUNT IV
## GENERAL MARITIME LAW V. TRUMP CASINO

1-8.    Plaintiff repeats and realleges paragraphs 1 through 6 of Count I as paragraphs 1 through 6 of Count III as if fully set forth herein.

9.      That pursuant to the general maritime law, Defendant TRUMP CASINO CORPORATION, as operator, maintainer, provisioner and/or owner pro hac vice of the aforementioned vessel owed Plaintiff, SHAWN BROSSEAU, a warranty of seaworthiness and

6

had a duty to provide Plaintiff with a seaworthy vessel, a safe place with which to work, with safe gear appurtenances, and equipment and with a competent crew.

10.     Disregarding this duty in the premises, Defendant, by its agents, servants, workmen and employees, caused or allowed the vessel known as the TRUMP CASINO to exist in an unsafe and unseaworthy condition in the manner in which its IBC devices were cordoned off and the resulting requirement of the crew to frequently remove the railings by hand.

11.     The failure of Defendant, TRUMP CASINO CORPORATION, to provide Plaintiff with a seaworthy vessel in a safe condition and to provide Plaintiff with a safe place to work was a cause of Plaintiff's injury and resulting disability.

WHEREFORE, Plaintiff, SHAWN BROSSEAU, demands judgment in his favor and against Defendant, TRUMP CASINO CORPORATION, in the sum of $4,000,000.00, plus the costs of this suit.

## COUNT V
## MAINTENANCE AND CURE V. HORNBLOWER MARINE SERVICES

1.     That Plaintiff, SHAWN BROSSEAU, realleges and incorporates herein by reference paragraphs 1 through 9 in Count I.

10.     That upon Plaintiff, SHAWN BROSSEAU, becoming injured and disabled as aforementioned, Defendant, HORNBLOWER MARINE SERVICES, INC., was obligated to furnish Plaintiff, SHAWN BROSSEAU, his maintenance and cure during the period of disability and to include a reasonable sum for said maintenance and cure.

11.     Defendant has failed to fully pay Plaintiff's medical expenses to date, leaving approximately $30,000.00 in outstanding bills with treatment continuing.

7

12. That refusal of Defendant, HORNBLOWER MARINE SERVICES, INC., to pay Plaintiff, SHAWN BROSSEAU, maintenance and cure in a prompt and satisfactory amount is arbitrary and capricious and Plaintiff, SHAWN BROSSEAU, is entitled to recover attorney fees and the sum of unpaid medical expenses to date.

## COUNT VI
## MAINTENANCE AND CURE V. TRUMP CASINO CORPORATION

1. That Plaintiff, SHAWN BROSSEAU, realleges and incorporates herein by reference paragraphs 1 through 9 in Count I.

10. That upon Plaintiff, SHAWN BROSSEAU, becoming injured and disabled as aforementioned, Defendant, TRUMP CASINO CORPORATION, was obligated to furnish Plaintiff, SHAWN BROSSEAU, his maintenance and cure during the period of disability and to include a reasonable sum for said maintenance and cure.

11. Defendant has failed to fully pay Plaintiff's medical expenses to date, leaving approximately $30,000.00 in outstanding bills with treatment continuing.

12. That refusal of Defendant, TRUMP CASINO CORPORATION, to pay Plaintiff, SHAWN BROSSEAU, maintenance and cure in a prompt and satisfactory amount is arbitrary and capricious and Plaintiff, SHAWN BROSSEAU, is entitled to recover attorney fees and the sum of unpaid medical expenses to date.

Respectfully submitted,

Attorney for Plaintiff

Richard A. Haydu
HOEY, FARINA & DOWNES
542 S. Dearborn Street
Suite 200
Chicago, IL 60605
(312) 939-1212

8

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET



The JS-44 civil cover sheet and the information contain___ ein neither replace nor supplement the filing and service of pleading ___ her papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

SHAWN BROSSEAU

## DEFENDANTS

TRUMP CASINO CORPORATION and
HORNBLOWER MARINE SERVICES, INC.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Hoey, Farina & Downes
542 S. Dearborn, Suite 200
Chicago, IL 60605
312/939-1212

DOCKETED
APR - 8 2002

ATTORNEYS (IF KNOWN)

02C 2474

JUDGE GOTTSCHALL
MAGISTRATE JUDGE

## II. BASIS OF JURISDICTION (PLACE AN "x" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "x" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "x" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Action for damages for personal injuries under Jones Act 46 USC §688 by seaman employee against employer

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

**DEMAND $** $4,000,000

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. This case

☐ is not a refiling of a previously dismissed action.
☒ is a refiling of case number **01 C 1585**, previously dismissed by Judge **Alesia**.

DATE
4/5/02

SIGNATURE OF ATTORNEY OF RECORD

**UNITED STATES DISTRICT COURT**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE GOTTSCHALL

MAGISTRATE JUDGE MASON

In the Matter of

SHAWN BROSSEAU V. TRUMP CASINO CORPORATION and HORNBLOWER MARINE
SERVICES, INC.

Case Number: 02C 24??

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Shawn Brosseau, Plaintiff

DOCKETED
APR 8 2002

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME<br>Richard A. Haydu | NAME<br>J. Dillon Hoey |
| FIRM<br>Hoey, Farina & Downes | FIRM<br>Same as (A) |
| STREET ADDRESS<br>542 S. Dearborn Street, Suite 200 | STREET ADDRESS |
| CITY/STATE/ZIP<br>Chicago, IL 60605 | CITY/STATE/ZIP |
| TELEPHONE NUMBER<br>(312) 939-1212 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>006180271 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>01233491 |
| MEMBER OF TRIAL BAR? YES X NO | MEMBER OF TRIAL BAR? YES X NO |
| TRIAL ATTORNEY? YES X NO | TRIAL ATTORNEY? YES NO X |
|  | DESIGNATED AS LOCAL COUNSEL? YES NO |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME<br>James L. Farina | NAME<br>Daniel J. Downes |
| FIRM<br>Same as (A) | FIRM<br>Same as (A) |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>03124297 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>00668923 |
| MEMBER OF TRIAL BAR? YES X NO | MEMBER OF TRIAL BAR? YES X NO |
| TRIAL ATTORNEY? YES NO X | TRIAL ATTORNEY? YES NO X |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |

02 APR -5 PH 4: 43
U.S. DISTRICT COURT
JMW
FILED FHA

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**

1-3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

SHAWN BROSSEAU V. TRUMP CASINO CORPORATION and HORNBLOWER MARINE
SERVICES, INC.

Case Number:

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Shawn Brosseau, Plaintiff

DOCKETED

APR - 8 2002

| (E) | (F) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME<br>Robert J. Drummond | NAME<br>Frank E. Van Bree |
| FIRM<br>Same as (A) | FIRM<br>Same as (A) |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>03124251 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>02884542 |
| MEMBER OF TRIAL BAR?    YES    NO   X | MEMBER OF TRIAL BAR?    YES   X    NO |
| TRIAL ATTORNEY?    YES    NO   X | TRIAL ATTORNEY?    YES    NO   X |
| | DESIGNATED AS LOCAL COUNSEL?    YES    NO |
| (G) | (H) |
| SIGNATURE | SIGNATURE |
| NAME<br>James T. Foley | NAME<br>Alan J. Fisher |
| FIRM<br>Same as (A) | FIRM<br>Same as (A) |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>06224939 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>06181578 |
| MEMBER OF TRIAL BAR?    YES   X    NO | MEMBER OF TRIAL BAR?    YES    NO |
| TRIAL ATTORNEY?    YES    NO   X | TRIAL ATTORNEY?    YES    NO   X |
| DESIGNATED AS LOCAL COUNSEL?    YES    NO | DESIGNATED AS LOCAL COUNSEL?    YES    NO |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**

1-3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

SHAWN BROSSEAU V. TRUMP CASINO CORPORATION and HORNBLOWER MARINE
SERVICES, INC.

**Case Number:**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Shawn Brosseau, Plaintiff

**DOCKETED**
APR - 8 2002

| (I) | | | | (J) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | SIGNATURE | | | |
| NAME<br>George T. Brugess | | | | NAME | | | |
| FIRM<br>Same as (A) | | | | FIRM | | | |
| STREET ADDRESS | | | | STREET ADDRESS | | | |
| CITY/STATE/ZIP | | | | CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER | | | | TELEPHONE NUMBER | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>06180097 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | |
| MEMBER OF TRIAL BAR? | YES | NO | X | MEMBER OF TRIAL BAR? | YES | NO | |
| TRIAL ATTORNEY? | YES | NO | X | TRIAL ATTORNEY? | YES | NO | |
| | | | | DESIGNATED AS LOCAL COUNSEL? | YES | NO | |
| (K) | | | | (L) | | | |
| SIGNATURE | | | | SIGNATURE | | | |
| NAME | | | | NAME | | | |
| FIRM | | | | FIRM | | | |
| STREET ADDRESS | | | | STREET ADDRESS | | | |
| CITY/STATE/ZIP | | | | CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER | | | | TELEPHONE NUMBER | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | |
| MEMBER OF TRIAL BAR? | YES | NO | | MEMBER OF TRIAL BAR? | YES | NO | |
| TRIAL ATTORNEY? | YES | NO | | TRIAL ATTORNEY? | YES | NO | |
| DESIGNATED AS LOCAL COUNSEL? | YES | NO | | DESIGNATED AS LOCAL COUNSEL? | YES | NO | |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**

1-3